[Civil No. 1357. Filed January 26, 1914.]

[138 Pac. 21.]

FRANK POWERS and JOSEPHINE POWERS, Petitioners,
v. SUPERIOR COURT OF SANTA CRUZ COUNTY,
Respondent.

COURTS—SUPREME COURTS—JURISDICTION—CERTIORARI.—The supreme court has power to issue *certiorari* to review a trial court's judgment only in those cases within its appellate jurisdiction, and where necessary and proper to complete exercise thereof.

[As to scope of *certiorari,* see note in 40 Am. St. Rep. 29.]

Original petition for writ of *certiorari.* Denied.

The facts are stated in the opinion.

Mr. Owen T. Rouse, for Petitioners.

No appearance for Respondent.

PER CURIAM.—The writ is asked for on the ground that the petitioners have no remedy by an appeal; the matter not being within the appellate jurisdiction of this court. On this ground the petition must be denied. *Tyler* v. *District Court,* 14 Ariz. 6, 123 Pac. 315; *State ex rel.* v. *Sapp, ante,* p. 24, 135 Pac. 718.

If the cause be one within our appellate jurisdiction, which we do not decide, the petitioners do not contend, nor does an inspection of the petition disclose, that the issuance of the writ is either necessary or proper for the complete exercise of such jurisdiction. In causes within the appellate juris-

diction of this court, the writ may issue wherever necessary and proper for the complete exercise of such jurisdiction. Ariz. Const., art. 6, sec. 4. The case before us does not come within such provision. The petition for the writ must be denied. It is so ordered.